# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| K.J.C., by and through her Guardian and Next Friend, ANN PETTAWAY, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.:<br>)<br>) 2:17-cv-000091-WKW-SMD |
| THE CITY OF MONTGOMERY and ERNEST N. FINLEY, JR.; W.B. GASKIN; and MORRIS LEON WILLIAMS, JR., in their individual and official capacities, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFF'S AMENDED MOTION FOR ENTRY OF DEFAULT

COMES NOW Plaintiff, by and through her attorney of record, and requests the Court to enter a default against Defendant, Morris Leon Williams, ("Williams") as authorized by Federal Rule of Civil Procedure 55(a).

1. Plaintiff is K.J.C., by and through her Guardian and Next Friend, Ann Pettaway.

2. Defendants are The City of Montgomery, Earnest Finley, Jr., W.B. Gaskin, and Morris Leon Williams, Jr., individually.

3. On February 16, 2017, Plaintiff sued Defendants under 42 U.SC. § 1983, and Alabama State Law.

4. On March 21, 2017, Defendant Williams was served with a copy of the complaint via certified mail. Defendant Williams did not file a responsive pleading or otherwise defend the suit.

5. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314 (10th Cir. 1994).

6. The clerk should enter a default against Defendant Williams because he did not file an answer within 20 days after the date of service. Fed. R. Civ. P. 12(a)(1)(A)(I)

7. Plaintiff has amended her First Motion of Entry of Default Judgment (Doc. 45) and has included in her Amended Motion a signed Affidavit (**Exhibit A**) as evidence of Morris Leon William's failure to respond to Plaintiff's complaint.

8. For these reasons, Plaintiff asks the Court to enter a default in favor of Plaintiff.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
Email: akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2019, this document was filed through the Court's CM/ECF system and served on the following counsel of record:

Stacy Lott Reed
Christopher R. East
City of Montgomery
Legal Department
P.O. Box 1111
103 North Perry Street
Montgomery, AL 36101-1111
Email: sreed@montgomeryal.gov
ceast@montgomeryal.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| K.J.C., by and through her Guardian and Next Friend, ANN PETTAWAY, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF MONTGOMERY and ERNEST N. FINLEY, JR.; W.B. GASKIN; and MORRIS LEON WILLIAMS, JR., in their individual and official capacities, <br><br> Defendants. | CIVIL ACTION NO.: <br><br> 2:17-cv-000091-WKW-SMD |

## AFFIDAVIT OF ALICIA K. HAYNES

Alicia K. Haynes, being duly sworn, deposes and says:

1. That she is the attorney of record for the Plaintiff, K.J.C. and has personal knowledge of the facts set forth in this Affidavit.

2. That the Defendant, Morris Leon Williams, Jr., was duly served with a copy of the summons together with a copy of Plaintiff's complaint on the 21st day of March, 2017. Defendant Williams was served by certified mail and the signed receipt of service card was filed with the court as Doc. 14 on March 28, 2017.

3. That more than thirty (30) days have elapsed since the date on which the Defendant was served with the summons and a copy of Plaintiff's complaint.

4. That the Defendant has failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or other defense which Defendant might have upon the undersigned attorney of record for the Plaintiff.

5. Defendant was served at 3930 Water Drive, #3937, Millbrook, AL 36054, the address that Defendants provided for Williams in their Rule 26 Initial Disclosures and the address that Defendant Williams listed in his personnel file maintained and produced by the City of Montgomery (D001170).

6. Defendant Williams was served on September 27, 2018 with Plaintiff's Interrogatories and Requests for Production of Documents by certified mail and returned a signed receipt of service card, but never returned any substantive answers to Plaintiff's discovery requests.

7. The undersigned has mailed the following to Defendant without any response:

> Plaintiff's Rule 26 Initial Disclosures (January 9, 2018)
>
> Plaintiff's Preservation of Objections to Defendant's First Interrogatories and Requests for Production (September 6, 2018)
>
> Plaintiff's Supplemental Rule 26 Disclosures (April 2, 2019)
>
> Plaintiff's Motion for Entry of Default Judgment (May 3, 2019)

8.   That this affidavit is executed by affiant herein in accordance with Rule 55 of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant, for his failure to answer or otherwise defend as to Plaintiff's Complaint.

I have read the above and it is true and correct to the best of my knowledge.

_____
Alicia K. Haynes

SWORN TO AND SUBSCRIBED before me, this 9th day of May, 2019.

_____
NOTARY PUBLIC

My commission expires: 09/02/2022

