IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| K.J.C., by and through her Guardian and Next Friend, ANN PETTAWAY, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:17-cv-91-ALB |
| v. | ) ) | |
| THE CITY OF MONTGOMERY And ERNEST N. FINLEY, JR.; W.B. GASKIN; and MORRIS LEON WILLIAMS, JR., in their individual and official capacities, | ) ) ) ) ) | |
| Defendants. | | |

## **ORDER**

This matter is before the court on Plaintiff K.J.C.'s motion, by and through her Guardian and Next Friend, Ann Pettaway, for Entry of Default against Defendant Morris Leon Williams. (Doc. 50). Defendant is ORDERED TO SHOW CAUSE in writing by **June 21, 2019**, as to why this motion should not be granted.

**DONE** and **ORDERED** this 10th day of June 2019.

                                              /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE